Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
ROBIN DIMICELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN DIMICELI,<br><br>Defendant. | Case No. 2:12-CR-00328-WBS<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Robin Dimiceli, by and through her counsel of record, Kresta Nora Daly, hereby stipulate as follows:

1. On September 28, 2012 Robin Dimiceli was arraigned and released on a $50,000 unsecured bond. The appearance bond was co-signed by her then husband, Allen Atencio.

2. In December 2012 Robin Dimiceli located suspected contraband on one or more of the family's computers. She reported the incident to the police. She moved out of the home she shared with her husband and returned to Copperopolis. Ms. Dimiceli is in the process of divorcing Mr. Atencio.

///

3. Pre-Trial Services Officer Ryan Garcia was informed of these events in a timely manner. The parties and Pre-Trial Services agree in light of these events it is no longer appropriate for Mr. Atencio to be the co-signer on the unsecured bond. The parties hereby stipulate Guy and Johanna Grenny, Robin Dimiceli's parents, shall execute a new unsecured appearance bond in the amount of $50,000.

4. Pre-Trial Services Officer Ryan Garcia contacted Mr. and Mrs. Grenny. Mr. Garcia is satisfied that Mr. and Mrs. Grenny are appropriate co-signers on a new $50,000 unsecured bond.

5. The parties agree and stipulate, and request that the Court find the following:

(a) The unsecured appearance bond dated September 28, 2012 be exonerated.

(b) That Robin Dimiceli be given until February 1, 2013 to file a new unsecured appearance bond, co-signed by Guy and Johanna Grenny.

It is so stipulated.

Dated: January 22, 2013.

/s/Todd Pickles
Assistant United States Attorney TODD PICKLES

Dated: January 22, 2013.		BARTH TOZER & DALY LLP

By   /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant ROBIN DIMICELI

**ORDER**

IT IS SO ORDERED.

Dated: February 26, 2013

Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim.dimiceli0328.stipord.mod.cor.doc

{00007670}