Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROBIN DIMICELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0328 WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ROBIN DIMICELI, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Robin Dimiceli, by and through her counsel of record, hereby stipulates as follows:

1. Robin Dimiceli was placed on supervised release on September 28, 2012;
2. Since that time she has been compliant with all pre-trial release conditions;
3. Pre-Trial Services Officer Daryl Walker contacted all counsel in this matter and requested Ms. Dimiceli's supervision conditions be removed.
4. Counsel for the government and defense counsel concur in this request.

Therefore, the parties jointly request that Special Conditions of Release be amended as follows:

1. Special Conditions of Release 1, 2, 3, 5 and 11 be deleted;

2. Special Condition of Release 7 shall be amended to read "You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used;

3. Special Condition of Release 8 be amended to read "You shall seek and maintain employment";

4. Special Condition of Release 10 shall be amended to read "You shall not have any contact or otherwise associate with any co-defendants named in the Indictment or any related case unless in the presence of your counsel"; and

5. Special Condition of Release 12 shall be amended to read "You shall notify your employer and/or any subsequent employer of the pending charges".

Dated: May 28, 2014.

       /s/Lee Bickely
LEE BICKLEY
Assistant United States Attorney

Dated: May 28, 2014    BARTH DALY LLP

By    /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant ROBIN DIMICELI

**O R D E R**

IT IS SO FOUND AND ORDERED this 3rd day of June, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE