1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-00328 WBS

12                      Plaintiff,          STIPULATION AND ~~PROPOSED~~ ORDER TO
                                            CONTINUE HEARING ON DEFENDANT'S
13              v.                          MOTION TO SEVER

14  ROBIN DIMICELLI,

15                      Defendant.

16

17                           **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant Robin

19  Dimiceli, by and through her counsel of record, hereby stipulate as follows:

20       1.      On December 19, 2015, defendant filed a motion to sever that is noticed to be heard on

21  January 12, 2015 [Dckt. No. 64]. By local rule, the current due date for the United States's response is

22  January 5, 2015.

23       2.      Prior to defendant filing the motion, the undersigned counsel for the United States had

24  arranged to take time off of work over the holidays, including on December 19, 2014, December 24

25  through December 26, 2014, and December 31, 2014 through January 1, 2015.

26       3.      Additionally, subsequent to the filing of defendant's motion to sever, the undersigned

27  counsel for the United States prepared and filed an opposition to a motion for a bill of particular filed in

28  the related case *United States v. Woods*, 2:12-cr-330 WBS, and which is noticed to be heard before

Magistrate Judge Dale Drozd on January 8, 2015.

4. Further, since November 2014, the undersigned counsel for the United States has been preparing for trials in *United States v. Stratos*, 2:11-cr-00537 TLN, set to commence either on February 2, 2015 or February 9, 2015, and *United States v. Flanders*, 2:12-cr-00363 TLN, set to commence on March 2, 2015. Each of those trials is expected to take approximately two to three weeks. Counsel will be traveling for witness preparation in *United States v. Stratos* on January 4 through January 7, 2015 and dates the week of January 18, 2015.

5. Additionally, the undersigned counsel for the United States has been preparing for oral argument before the Ninth Circuit in *United States v. Hawkins*, Appeal No. 13-10636, which is set for January 13, 2015 in San Francisco, California.

6. Based on the limited availability of counsel for the United States from December 2014 through March 2015 to research, draft, and file a response to defendant's motion, counsel for defendant has graciously agreed to continue the date for the hearing until April 20, 2015.

7. Additionally, the parties agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 19, 2014 through April 20, 2015, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E] during the pendency of defendant's motion to sever.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 2, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Todd A. Pickles*
                                          TODD A. PICKLES
                                          LEE S. BICKLEY
                                          Assistant United States Attorneys

                                          For the UNITED STATES OF AMERICA


DATED: January 2, 2015                    BARTH, TOZER & DALY LLP

                                          */s/ Todd A. Pickles for*
                                          KRESTA NORA DALY, ESQ.

                                          For defendant ROBIN DIMICELLI



**O R D E R**

This matter came before the Court on the parties' stipulation to continue the hearing on defendant Robin Dimiceli's motion to sever [Dckt. No. 64]. For the reasons set forth in the parties' stipulation, and for good cause showing, it is hereby ordered that the hearing on defendant's motion to sever is CONTINUED to April 20, 2015 at 9:30 a.m. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, through April 20, 2015 excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E].

IT IS SO FOUND AND ORDERED.

Dated: January 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE