Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Robin Dimiceli

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00328-04WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| ROBIN DIMICELI, | |
| Defendant. | |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through Todd Pickles Assistant United States Attorney, and defendant, Robin Dimiceli, through her counsel, Kresta Nora Daly, that sentencing set for February 1, 2016 be vacated. The parties request a new sentencing for May 23, 2016.

Probation has been informed of the requested dates and has no objections.

The parties stipulate that the following will be the new schedule for the filing of objections to the Presentence Report:

1. The Proposed Presentence Report shall be disclosed to counsel no later than April 11, 2016.

2. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than April 25, 2016.

3. The Presentence Report shall be filed with the Court and disclosed to Counsel no later than May 2, 2016.

4. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than May 9, 2016.

5. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than May 16, 2016.

Dated: November 17, 2015  Respectfully submitted,

BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Robin Dimiceli

Dated: November 17, 2015  By /s/ Kresta Nora Daly for
Todd Pickles
Assistant United States Attorney

{00017513}

- 2 -

STIPULATION AND [PROPOSED] ORDER  [Case No. 2:12-CR-00328-WBS]

# ORDER

The sentencing date of February 1, 2016 is vacated. The new sentencing date will be May 23, 2016 at 9:00 a.m. The Disclosure Schedule is re-set as follows:

1. The Proposed Presentence Report shall be disclosed to counsel no later than April 11, 2016.
2. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than April 25, 2016.
3. The Presentence Report shall be filed with the Court and disclosed to Counsel no later than May 2, 2016.
4. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than May 9, 2016.
5. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than May 16, 2016.

**IT IS SO ORDERED.**

Dated: November 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE