FILED

AUG 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. ROBIN DIMICELI, Defendant-Appellant. | No. 16-10157 D.C. No. 2:12-cr-00328-WBS-4 Eastern District of California, Sacramento ORDER |

Before: BERZON and HURWITZ, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 5) is granted. Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released. Appellant has also shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed." *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b); *United States v. Berger*, 587 F.3d 1038, 1046 (9th Cir. 2009)

ELF/MOATT

(requiring the district court to determine, for sentencing purposes, "how much of the . . . loss was actually caused by [defendant's] conduct.").

The matter is remanded to the district court for the limited purpose of establishing appropriate conditions of release.

The response to the July 15, 2016 order to show cause will be addressed by separate order.

The briefing schedule established previously remains in effect.