UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN DIMICELI,<br><br>　　　　Defendant. | No.　2:12-CR-0328-04 WBS<br><br><br>**ORDER** |

----oo0oo----

　　　　Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit (Docket No. 196), defendant is hereby ordered released from custody upon the conditions previously imposed by the Magistrate Judge on September 28, 2012 (Docket Nos. 19 and 24).

　　　　IT IS SO ORDERED.

Dated:　August 30, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1