| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|---|

United States of America

                    Plaintiff(s),     Case No. 12-00328-WBS-4

v.

Robin Dimiceli

                    Defendant(s).

I, <u>Gary G. Pelletier</u>, attorney for <u>Robin Dimiceli</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Pelletier Clarke & Caley, LLC</u> |
| Address: | <u>35 Touro Street</u> |
| City: | <u>Newport</u> |
| State: | <u>Rhode Island</u>   ZIP Code: <u>02840</u> |
| Voice Phone: | <u>(401) 849-4400</u> |
| FAX Phone: | <u>(401) 619-3451</u> |
| Internet E-mail: | <u>gpelletier@pcclaw.net</u> |
| Additional E-mail: | _____ |
| I reside in City: | <u>Providence</u>  State:  <u>Rhode Island</u> |

I was admitted to practice in the <u>Rhode Island</u> (court) on <u>June 10, 1997</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) _____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Leah Ann Alcazar</u>

Firm Name: _____

Address: <u>701 Howe Avenue, Suite G45</u>

City: <u>Sacramento</u>

State: <u>CA</u>   ZIP Code: <u>95825</u>

Voice Phone: <u>(559) 269 5189</u>

FAX Phone: <u>(916) 921-7712</u>

E-mail: <u>alcazarlaw.yahoo.com</u>

Dated: <u>9/8/17</u>   Petitioner: <u>/s/ Gary G. Pelletier</u>

**ORDER**

IT IS SO ORDERED.

Dated: September 11, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE