UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>ROBIN DIMICELI,<br><br>    Movant. | Nos. 2:12-cr-328-WBS-EFB P<br><br>        2:18-cv-2036-WBS-EFB<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 19, 2019, are adopted in full;

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 213) is DENIED;

3. The Clerk is directed to close the companion civil case, 2:18-cv-2036-WBS-EFB; and

4. The Clerk is directed to enter judgment accordingly.

Dated: September 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE